1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Dee A. Reed

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12 | DEE A. REED,                          ) Case No.: 2:15-cv-00526-AGR
                                          )
13 |        Plaintiff,                     ) ORDER AWARDING EQUAL
                                          ) ACCESS TO JUSTICE ACT
14 |    vs.                                ) ATTORNEY FEES AND EXPENSES
                                          ) PURSUANT TO 28 U.S.C. § 2412(d)
15 | CAROLYN W. COLVIN, Acting            ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,     ) U.S.C. § 1920
16 |                                       )
   |        Defendant                      )
17 |                                       )
                                          )
18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, Costs, and Expenses:

21      IT IS ORDERED that fees and expenses in the amount of $3,600.00 as

22 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23 DATE: December 14, 2015

24                              *[signature: alicia G. Rosenberg]*

25                               _____
                                THE HONORABLE ALICIA G. ROSENBERG
26                              UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Young Cho*
  | _____
4 | Young Cho
  | Attorney for plaintiff Dee A. Reed

-2-